# EXHIBIT A

Instructions: Fill in the box below, the Index Number and the date the Index numbers was purchased. Complete all blanks in accordance with the directions set forth in bold print. It is important the both pages be completed.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

------------------------------------------------------------x

_DORINEL WATKINS_ .

|YOUR NAME(S) |

Petitioner,

- against -

_First Student, Inc._ .

|NAME OF PERSON(S) SUED|

Defendant.

------------------------------------------------------------x

Index No. _67290, 2016_
Date Index No.
Purchased: _11/21/2016_

**SUMMONS WITH NOTICE**

To the Person(s) Named as Defendant(s) Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by service a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: _11.3_____, 20 _16_
[DATE OF SUMMONS]

_Dorine Watkins_
[YOUR NAME(S)]

_629 Wilson ST 1B_
_Mamaroneck, NY_ _10543_
_914-356-5607_
[Your Address(es) & Phone Nos.]

**FILED**

NOV 2 1 2016

TIMOTHY C. IDONI
COUNTY CLERK
COUNTY OF WESTCHESTER

1 of 8

Defendant(s) Address(es): _FIRST STUDENT, INC. - 325 MILLER Place MOUNT VERNON, NY_

[ADDRESS(ES) OF PERSON(S) SUED]

Notice: The nature of this action is [DESCRIBE BRIEFLY NATURE OF YOUR CASE

AGAINST THE DEFENDANT(S); E.G., BREACH OF CONTRACT, NEGLIGENCE]:

_Improper Pay Practice, Reroliation TERMINATION_ .

The relief sought is [DESCRIBE BRIEFLY THE KIND OF RELIEF YOU SEEK: E.G.,

MONEY DAMAGES OF $30,000, INJUNCTION RESTRAINING DEFENDANT FROM

TRESPASSING ON PLAINTIFF(S)' LAND]:

_Money damages and Pain & Suffering in the sum of 200,000.00_ .

Should defendant(s) fail to appear herein, judgment will be entered by default for the sum of

$_____ [AMOUNT OF MONEY DEMANDED], with interest from the date of _____,

200_ [DATE FROM WHICH INTEREST ON THE AMOUNT DEMANDED IS

CLAIMED], and the costs of this action.

Venue:

Plaintiff(s) designate Westchester County as the place of trial. The basis of this

designation is [CHECK ONE] :

    ✓ Plaintiff(s)' Residence in Westchester County

    ✓ Defendant(s)' Residence in Westchester County

    _____ Other - - [DESCRIBE: E.G., AGREEMENT OF THE PARTIES,

LOCATION OF THE PROPERTY THAT IS THE SUBJECT OF THIS

CASE]

NOTE: THIS FORM OF SUMMONS MAY NOT BE USED IN ACTIONS FOR

DIVORCE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

------------------------------------------------------------x

Dorine  R. Watkins

Index No. C 7290/2016

Plaintiff,

-against-

**COMPLAINT**

First Student, Inc.

**FILED**

Defendant,

NOV 2 1 2016

TIMOTHY C. IDONI
COUNTY CLERK
COUNTY OF WESTCHESTER

------------------------------------------------------------x

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Dorine R. Watkins respectfully shows and alleges as follow:

Plaintiff will be known as I or me in the following .

1. The plaintiff herein, Dorine R. Watkins is a resident of the State of New York. Ms. Watkins resides at 629 Willow Street apt. 1b Mamaroneck, NY 10543.

2. The defendant herein, First Student, Inc. is engaged in the business of Student Transportation.

3. The plaintiff began working for the defendant on or about Jan., 2009 as a school bus driver. Her duties were to transport the students to and from school and some extracurricular activities.

4. My hours were reduced into the first month of each year and I was asked to fill out what is to be known as exception forms. The forms are filled out by the workers for extra work incurred during the day outside of our regular schedule. This can be from traffic, a parent not being home, a transport of buses to and from the garage, etc. I noticed a discrepancy in my hours worked and my exception forms from the very beginning of employ. I chose not to make a big deal out of it.

5. On or about Sept. of 2013 I bid on a new job assignment known as tripper which required me  to be available at all times. Because of the demand as a tripper I was working many overtime hours for the company. Early into the school year I noticed my overtime hours were not being paid properly,

3 of 8

many going into categories not known to me, being paid at many different rates of pay. I brought it to the attention of John Polomino the location operations manager and he continued to tell me my pay was right.

6. I was a member of a Union , Locall 338. I complained many times to Christine Ciprianno my Union representative about the discrepancies in my pay and was always told she would speak with the location manager John Polomino. Days later either John or Christine would call me and say the pay was correct.

7. In the month of Feb 2014 I went to the New York State Dept. of Labor in White Plains, NY. For help only to be told because I was represented by a Union they could not do anything for me.

8. My hours were shortly after being reduced drastically and my bus in need of repair and was being denied such repairs. Shortly after in or about Feb. 2014 I was asked to cover what is known as shapper runs. Shapper runs are usually done by experienced drivers whom have a basic knowledge of all of the runs. They were paid a flat salary of 35 to 40 hrs per week. I was asked and forced to perform these duties for 25 to 30 hrs. per week and was given only a few trips. Later First Student changed the run pic to Tripper and fill in driver. For safety reasons I had to go back to a regular run of only 23 hrs.

9. 200 phone calls to First Student and 30 to my Union Representative, Christine Ciprianno asking to file a grievance went upon deaf ears.

10. On or about Mar of 2014 , I filed charges against the Union Local 338 and First Student, Inc.

11. I tried desperately to find other work in order to support myself and my daughter who was in College at the time. I began hanging out at the garage in New Rochelle waiting to transport a bus to the mechanics or in the early morning hours, clean snow off the buses, anything I could do . These all fell into the category of exceptions, which were not being paid.

12. After approximately 3 months of investigation, Joanne Wong my field investigator asked that I drop the charges because the government would not be taking my case any further.

13. On May 20th, 2014 both of my sons were within the week having orscheduled for heart surgery. 50 or so calls were being made within those few weeks to florida to the two different hospitals and some to my daughter in-law. This was something they were predisposed to. Their father passed away at a young age for the identical problems. I begged

and pleaded with First Student to allow me to visit with my sons during their surgeries and was not released from my duties, what I got in return was on May 20th, 2014, a punctured fuel tank. I picked my bus up from the garage in Mount Vernon at 1;00 PM to head to a sports trip to Pick up in Harrison High School, LAX team heading for Yorktown Heights,  As I was heading to Harrison I noticed my bus had no fuel. I stopped at the Hess station in Mamaroneck and filled my fuel tank. At this point I had already done my pre-trip inspection.  When I arrived the children bordered the bus and we continued to Yorktown. While awaiting the return of the students a man came to my window and told me my fuel was leaking out of my bus. I went out and looked and it was pouring out , heavily. I called Martin, our go to person and he told me he would get back to me. Martin called me back a few minutes later and told me to put something under the tank to catch the fuel. I wasn't comfortable with all that was going on so , afraid my next call was to my daughter. I was frightened and I wanted her to know what was going on. A few minutes later Martin called and said no one was coming to bring me another bus. I had to drive home with the leak and the students were complaining about the smell. I have photographs of the fuel tank that was changed in bus 301 although First Student continues to claim it was an overflow of antifreeze.

14. I don't think I ever did a sports trip after that out of fear but I did continue to transport buses to and from Mount Vernon. Of which I hold many exception forms that were whited out by John Polomino, some denied altogether and some just not paid at all. This too I have documented.

15.  In 2015 I had no choice but to take a run in Mount Vernon. I was driving a van with a bus monitor who was insane and threatened to break me. She was later fired because a parent complained about her behavior. Then during the colder months my van was missing when I went to work and I would have to walk all over trying to find it. I was given a position to work in the lot in the morning helping a gentleman named stan because he had trouble getting all the buses going in the morning because he needed hip surgery. I was helping him anyway so I took on the job to earn and extra 12.00 every morning. My job was to start the 50 or so vans every morning and report any problems, two weeks into my new job the doors were locked in many of the vans so I would have to climb into the back to gain access. Sometimes with snow accumulations I would have to chop my way in because the vans were all backed in.

16. I had offensive comments written in the dirt on my van for all to see.

17. Someone had urinated in my water bottle on the side of my van door where I stored it, which I drank because it was so dark I couldn't see in the morning.

18. I was reprimanded 10 minutes before a mandatory physical one year in 2014 and in 2015 I was given a drug test at another location minutes before my mandatory physical.

19. On April 23rd, 2015 I went to pick my son Aaron Watkins up from Tampa General Hospital in Tampa, Fl. He possibly wouldn't make the trip back to New York. He was on a life vest, had just been taken off of a feeding tube and had suffered three strokes. First Student was aware of his condition because an email was sent via fax to first student from the cardiac unit at Tampa General. I brought my son back and needed to be with him every second I could.

20. On May 7th 2015 when my father was having heart surgery my car was crashed in the front of First Student. I was unaware of it at the time because I was worried about my father . On May 8th 2015 Vincent Carpenter a employee of First Student came onto my van in the AM and asked if I saw the damage of my car. I went running out and when I saw the damaged I went to the safety manager Andy Moniz. Andy refused to acknowledge that the damage was done by a school bus although there was yellow paint all over my bumper. Vincent Carpenter agreed to file a witness statement which took 4 hours to receive. It wasn't until the union representative Kate showed up that he would give me the form. Then when he filed the accident report he put driver unknown and changed the time from 6:15 to 7:00 even though Vincent was very clear as to the time. This was changed because there are very few people driving at that time except a few and the lot workers moving buses. The driver and the bus could have very easily been identified through the zonar system, tracker device installed in all the vans and buses along with audio and video recording equipt in all of the vans and buses. There was over 2200.00 worth of damage to my car. My witness was threatened by three men to keep his mouth shut and then a few months later his car was hit by a bus.

21. Sept. 3rd 2015, my first day of work my bus was being blocked in by Russel Robinson a lot worker from Mount Vernon was preventing me from going to my run.

22. Sept. 17,2015  Russel Robinson tried to run me over with his car as I walked in the dark to get to my bus. Police were notified . Complaint was filed in the New Rochelle Police Department.

23. On or about Sept, 2015, plaintiff filed charges with the EEOC for discrimination and retaliation.

24. In Feb. 2016 if was elected by her peers to represent them as a shop steward for the Local 338. Numerous meetings and emails to the Union about the pay practices of First Student and a Grievance that was drafted by the members the pleas for help were still being ignored. The bargaining agreement states a time frame of approx.. 40 days before it goes to arbitration, it was 5 months since the grievance and nothing was being done.

25. During the year I had 22 buses and I believe they were intentionally disabled by a representative of First Student. Sometimes the brakes would lock up while I was driving. Many times the bus would lose compression when you stepped on the gas. Other times the brakes would all lock up and the bus would smoke. My windshield wipers were cut, my tires were bald right after a DOT inspection causing me to run off the road, my tires were cut with big gashes in the rear tires. All of these claims can be substantiated with photo's and videos.

26. On or about Sept. 2016 I as steward explained to the Union Representative that the employees need to be represented and they are not doing that. I was then relieved of my duties of shop steward. Many email's to the union representatives about the time frame of our bargaining

27. Sept. of 2016 I filed charges again with the National Labor Relations against the Union the day after I received the charge in the mail, I was fired

28. Sept 27th, 2016.Again my bus was malfunctioning I had High School students on the bus. The door wouldn't close. I tried everything. I tried to call First Student and again which happen often they wouldn't answer my calls. I still had two other schools to pick up. I called the Harrison Transportation Director to explain my dilemma, still I couldn't reach anyone. My doors finally closed I brought my students to the high school . I then called John Polomino and told him I was going to Maria that it's a very dangerous game he's plaiying  then I went directly over to Maria Poleski the transportation director for Harrison and told her what was going on. During my time there in her office John Polomino called her and said I had had some psychotic breakdown and left my bus. At the time my bus was sitting out in front of LMK middle school where Maria's office is. When I returned to my bus John called me on the phone and said leave your bus and the keys there someone is coming to pick you up you are officially terminated.

29. The evidence shows that through the  fuel leaks, windshield wipers cut, 22 buses in a school year, calls to the fire department, many calls to my eeoc attorney, many times being stranded and the severity of the bald

tires on a snowy day directly after a D. O. T. inspection that I have been the subject of sabotage and retaliation and that the zonar systems have the capabilities of disabling the buses.. My life has been threatened on more than one occasion, the worse possible moments in my life have been the victim of some sick game.

30. By reasons of facts and circumstances stated above, I have suffered unspeakable torment, threats , loss of income and the inability to support myself. I ami 58 years old and has a disabled son at home with no income as yet.  Hardship in the deepest form has been placed on me for trying to support my family.

31. By reason of the facts that I have  lost much income throughout the years because a position was taken from me, The loss of income was for the mere fact of illegal pay practices. I have reached out to many for help and have no future and no place to go to support myself and my son. I have been damaged for the rest of my life and am asking for damages of $200.000.00.

   WHEREFORE, Plaintiff demands judgment against defendant in the sum of  $200.000.00. and other relief that the court deems proper.

Sworn to before me on
November 21st, 2016
In THE city of white Plains,
County of Westchester, State of N.Y.

JOSEPH SAM MAZZA
Notary Public, State of New York
No. 01MA6046160
Qualified in Westchester County
Commission Expires July 31, _____

Dorine R. Watkins
Plaintiff

629 Willow Street 1b
Mamaroneck, NY