

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Leslie DiBenedetto
631.247.4747 direct
631.247.4700 main
631.794.2818 fax
ldibenedetto@littler.com

March 31, 2017

**VIA ECF**

Judge Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *Watkins v. First Student, Inc.*
      Case No. 17-cv-01519(CS)(LMS)

Dear Judge Seibel:

This law firm represents the Defendant First Student, Inc. (the "Defendant") in the above-referenced action.

We write on behalf of Defendant to respectfully request an extension of time until May 5, 2017 to answer, move, or otherwise respond to the Complaint. The additional time will allow Defendant an opportunity to investigate the allegations in the Complaint and prepare an appropriate response.

This is Defendant's first request for the relief sought herein. Because Plaintiff is *pro se*, we have been unable to request her consent for this request. Thank you for your consideration of our request.

Respectfully submitted,
LITTLER MENDELSON, P.C.

*/s/ Leslie DiBenedetto*

Leslie DiBenedetto


cc:   Dorine R. Watkins (via fedex)

littler.com