

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Leslie DiBenedetto
631.247.4747 direct
631.247.4700 main
631.794.2818 fax
ldibenedetto@littler.com

July 14, 2017

**VIA ECF**

Judge Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *Watkins v. First Student, Inc.*
      Case No. 17-cv-01519(CS)(LMS)

Dear Judge Seibel:

This law firm represents the Defendant First Student, Inc. (the "Defendant") in the above-referenced action.

By way of background, on February 28, 2017, Defendant removed this action from the Supreme Court of the State of New York, County of Westchester (Docket No. 1). On May 5, 2017, Defendant requested a pre-motion conference in anticipation of its motion to dismiss the Complaint for failure to state a claim, and Plaintiff responded to same (Docket Nos. 9, 12). On June 6, 2017, the parties appeared before Your Honor for a pre-motion conference, during which time you granted Plaintiff's request to amend her Complaint, to be filed by June 27, 2017, and set a briefing schedule in anticipation of Defendant's motion to dismiss the Amended Complaint.

To date, Plaintiff has failed to file an Amended Complaint. Thus, we respectfully request that the Court dismiss Plaintiff's action, for failure to comply with a Court Order. In the alternative, we request that the Court set a briefing schedule, so that Defendant may proceed with its motion to dismiss the Complaint.

Respectfully submitted,
LITTLER MENDELSON, P.C.

/s/ Leslie DiBenedetto

Leslie DiBenedetto

cc:    Dorine R. Watkins (via fedex)

---

*Handwritten endorsement:*

I gave Plaintiff the opportunity to amend but she did not have to do so. Given that she has not amended, Defendants should move against the original Complaint. They may do so on the schedule previously set. If they wish to move sooner, they may do so, and Plaintiff's opposition will be due 21 days from the date she is served with the motion, with Defendant's reply due 14 days after it is served with Plaintiff's opposition.

The Clerk shall send this endorsement to Plaintiff.

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
July 14, 2017

littler.com