

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

August 8, 2017

Leslie DiBenedetto
631.247.4747 direct
631.247.4700 main
631.794.2818 fax
ldibenedetto@littler.com

**VIA ECF**

Judge Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *Watkins v. First Student, Inc.*
       Case No. 17-cv-01519(CS)(LMS)

Dear Judge Seibel:

This law firm represents the Defendant First Student, Inc. (the "Defendant") in the above-referenced action.

We write on behalf of Defendant to respectfully request an extension of time from August 10, 2017 to August 24, 2017 to file a motion to dismiss the Complaint.  We are requesting an extension of time due to recent traveling.  This additional time will be used to coordinate with our client on the motion.

This is Defendant's first request for the relief sought herein.  Plaintiff has consented to this request.  Thank you for your consideration of our request.

Respectfully submitted,
LITTLER MENDELSON, P.C.

*/s/ Leslie DiBenedetto*

Leslie DiBenedetto

cc:    Dorine R. Watkins (via fedex)