UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORINE R. WATKINS,<br><br>      Plaintiff,<br><br>  -against-<br><br>FIRST STUDENT, INC.,<br><br>      Defendant. | Civil Action No.<br>17-CV-01519(CS)<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

  Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant First Student, Inc., by and through the undersigned counsel of record, states that it is a wholly owned subsidiary of FirstGroup America Holdings, Inc., which is a wholly owned subsidiary of Laidlaw Transportation, Inc., which is a wholly owned subsidiary of First Group International, Inc., which is an indirect, wholly owned subsidiary of FirstGroup, America, Inc., which is an indirect, wholly owned subsidiary of FirstGroup plc, which is publicly traded.

Date: August 24, 2017
    Melville, New York

                  Respectfully submitted,

                  /s/ Leslie M. DiBenedetto
                  Leslie M. DiBenedetto
                  Ivan R. Novich
                  LITTLER MENDELSON, P.C.
                  290 Broadhollow Road, Suite 305
                  Melville, New York 11747
                  (631) 247-4700
                  ldibenedetto@littler.com
                  inovich@littler.com

                  *Attorneys for Defendant*