UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DORINE R. WATKINS,

                              Plaintiff,

    - against -                                    **ORDER**

                                                          17-CV-1519 (CS)

FIRST STUDENT, INC.,

                              Defendant.

---

Seibel, J.

      Although the docket does not reflect it, on March 1, 2018, the Court sent Plaintiff the opinion and order dismissing Plaintiff's complaint, (Doc. 27), and unpublished cases cited in the opinion.  The Court also granted Plaintiff leave to replead her claims if she submitted a motion to amend and a proposed amended complaint by April 2, 2018.  Because Plaintiff has done neither, the Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated:  May 30, 2018
            White Plains, New York

                                                        *Cathy Seibel*

                                                  CATHY SEIBEL, U.S.D.J.